UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
DENISE WERTHEIM,                   )
                                   )
        Plaintiff,                 )
                                   )
   v.                              )   C.A. No. 14-029 S
                                   )
CAROLYN COLVIN,                    )
                                   )
        Defendant.                 )
_____)

# ORDER

WILLIAM E. SMITH, Chief Judge.

On November 18, 2014, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 12). Judge Almond recommended that Defendant's Motion for an Order Affirming the Decision of the Commissioner ("Defendant's Motion") (ECF No. 10) be granted and Plaintiff's Motion to Reverse Without a Remand for a Rehearing or, Alternatively, With a Remand for a Rehearing of the Commissioner's Final Decision ("Plaintiff's Motion") (ECF No. 8) be denied. No objections to the R&R were filed. Because this Court agrees with Judge Almond's analysis, it hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1). The R&R is ADOPTED,

Defendant's Motion is GRANTED, and Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
Chief Judge
Date: January 5, 2015